# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Michael Pohl**                         Docket No. 1:16CR00286-001

Petition for Action on Conditions of Pretrial Release

COMES NOW **Keary Fenstermacher** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Michael Pohl** who was placed under pretrial release supervision by the Honorable Laura Fashing United States Magistrate Judge**,** sitting in the court at **Albuquerque New Mexico**, on August 24, 2021, with conditions which included the following:

1. (7)(t):   The defendant must enter and successfully complete the Hoy Recovery Program in Velarde, NM.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On August 26, 2021, the defendant was released from federal custody and transported to the Hoy Recovery Program located in Velarde, New Mexico, where he commenced his 90-day inpatient treatment placement. On September 17, 2021, at approximately 8:00am, the United States Probation Office was informed about the defendant's termination from the program for violating program policies. He was discharged for violating policies surrounding the suboxone medication assisted treatment program by not taking his medication as prescribed and diverting his medication to other clients within the program.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **September 17, 2021**

_Keary Fenstermacher_
**Keary Fenstermacher**
**Senior United States Probation Officer**

Place ; **Albuquerque, New Mexico**